B1 (Official Form 1)(04/13)

| **United States Bankruptcy Court**<br>**District of Massachusetts** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Northeast Water & Support, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Terralogic Drilling Solutions; DBA The Water Company** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all)<br>**27-4723983** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**227 Cherry Street**<br>**Plymouth, MA**<br><div align="right">ZIP Code **02360**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align="right">ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**Plymouth** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☑ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☑ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☑ Debts are primarily business debts.

**Filing Fee** (Check one box)

☑ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)                                                                                    Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Northeast Water & Support, Inc.** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>   Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Northeast Water & Support, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)

**David B. Madoff 552968**
Printed Name of Attorney for Debtor(s)

**Madoff & Khoury LLP**
Firm Name

**124 Washington Street, Suite 202**
**Foxborough, MA 02035**

Address

**Email: alston@mandkllp.com**
**508-543-0040  Fax: 508-543-0020**
Telephone Number

12/10/14
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

**Thomas Fleming**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

12/10/04
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

**OFFICIAL FORM 7**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | |
| NORTHEAST WATER & SUPPORT, INC. | ) | Chapter 11 |
| d/b/a Terralogic Drilling Solutions | ) | |
| | ) | |
| Debtor. | ) | Case No. 14-_____ |
| | ) | |

## DECLARATION RE: ELECTRONIC FILING

PART I – DECLARATION OF PETITIONER

  We, David B. Madoff and Thomas Fleming, hereby declare under penalty of perjury that all of the information contained in the:

- ☒ Petition, List, Statement & Schedules
- ☐ Chapter 11 Plan
- ☐ Amended Plan
- ☐ Amended Schedules
- ☒ Application to Employ
- ☒ Affidavit/Signed Statement of Professional Person
- ☒ Corporate Vote
- ☐ Verified Complaint (Adversary)

filed electronically, is true and correct. We understand that this DECLARATION is to be filed with Clerk of Court electronically concurrently with the electronic filing of the Document. We understand that failure to file this DECLARATION may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

  We further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFLR)8(a) all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated: December 10, 2014

Signed: _____
    David B. Madoff

Signed: _____
    Thomas Fleming

PART II – DECLARATION OF ATTORNEY

I certify that the affiant signed this form before I submitted the Documents, I gave the affiant a copy of the Documents and this DECLARATION, and I have followed all other electronic filing requirements currently established by local rule and standing order.  This DECLARATION is based on all information of which I have knowledge and my signature below constitutes my certification of the foregoing under Fed. R. Bankr. P. 9011.  I have reviewed and will comply with the provisions of MEFR 7.


Dated: December  10 , 2014

Signed: _____

David B. Madoff

## WRITTEN CONSENT OF SOLE SHAREHOLDER

The undersigned, the sole officer and shareholder of Northeast Water & Support, Inc.

d/b/a Terralogic Drilling Solutions, a Massachusetts corporation (the "Company"), pursuant to

the Company's bylaws and the Corporation Law of the Commonwealth of Massachusetts, does

hereby approve, consent to and take the following actions:

VOTED:   That the Company seek relief under Chapter 11 of the Bankruptcy Code, and that the President of the Company (the "Authorized Officer"), is hereby authorized (i) to prepare and file on behalf of the Company a petition for relief under Chapter 11 of the Bankruptcy Code, (ii) to execute on behalf of the Company such petition, schedules and statements as the Authorized Officer may deem necessary or appropriate in connection therewith, (iii) to take such steps on behalf of the Company as may be necessary or appropriate to the Company's bankruptcy case and (iv) to execute such further documents and do such further acts as the Authorized Officer may deem necessary or appropriate with respect to the foregoing, including the delegation of such foregoing authority to other officers and employees of the Company; the execution of any document or the doing of any act by the Authorized Officer in connection with such proceedings to be conclusively presumed to be authorized by this vote;

FURTHER
VOTED:   That the law firm of Madoff & Khoury LLP be retained as counsel to represent the Company in all proceedings commenced under or resulting from these votes;

FURTHER
VOTED:   That this written consent be filed in the minute book of the Company.

Dated: December 10, 2014

/s/ _____
Thomas Fleming, President and Sole Shareholder

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Massachusetts

In re    **Northeast Water & Support, Inc.**        Case No. _____

Debtor(s)      Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Global Drilling Suppliers, Inc.**<br>**370 Industrial Park Road**<br>**Brookville, PA 15825** | **Global Drilling Suppliers, Inc.**<br>**370 Industrial Park Road**<br>**Brookville, PA 15825** | **Trade Debt** | | **304,899.46** |
| **Skyline Steel I**<br>**8 Woodhollow Road, Suite 102**<br>**Parsippany, NJ 07054** | **Skyline Steel I**<br>**8 Woodhollow Road, Suite 102**<br>**Parsippany, NJ 07054** | **Trade Debt** | | **218,841.71** |
| **Xtreme Shotcrete**<br>**166 Woodside Ave**<br>**Winthrop, MA 02152** | **Xtreme Shotcrete**<br>**166 Woodside Ave**<br>**Winthrop, MA 02152** | **Trade Debt** | | **114,146.35** |
| **Drillers' Choice**<br>**1849 Candy Lane**<br>**Suite B**<br>**Marietta, GA 30008** | **Drillers' Choice**<br>**1849 Candy Lane**<br>**Suite B**<br>**Marietta, GA 30008** | **Trade Debt** | | **112,424.50** |
| **Cassagrande USA, Inc.**<br>**P.O. Box 347884**<br>**Pittsburgh, PA 15251** | **Cassagrande USA, Inc.**<br>**P.O. Box 347884**<br>**Pittsburgh, PA 15251** | **Trade Debt** | | **93,192.55** |
| **Geotechnical Consultants, Inc.**<br>**201 Bost Post Road West**<br>**Marlborough, MA 01752** | **Geotechnical Consultants, Inc.**<br>**201 Bost Post Road West**<br>**Marlborough, MA 01752** | **Trade Debt** | | **73,843.50** |
| **NE Regional Council of Carpenters**<br>**350 Fordham Road**<br>**Wilmington, MA 01887** | **NE Regional Council of Carpenters**<br>**350 Fordham Road**<br>**Wilmington, MA 01887** | **Trade Debt** | | **73,296.16** |
| **SAS Stressteel, Inc.**<br>**P.o. Box 10936**<br>**Fairfield, NJ 07004** | **SAS Stressteel, Inc.**<br>**P.o. Box 10936**<br>**Fairfield, NJ 07004** | **Trade Debt** | | **58,997.87** |
| **Commonwealth of Massachusetts**<br>**Dept. of Unemployment Assistance**<br>**Legal Dept., 1st Floor, Attn Chief Couns**<br>**19 Staniford Street**<br>**Boston, MA 02114** | **Commonwealth of Massachusetts**<br>**Dept. of Unemployment Assistance**<br>**Legal Dept., 1st Floor, Attn Chief Couns**<br>**Boston, MA 02114** | **Unpaid unemployment taxes** | | **47,020.30** |

B4 (Official Form 4) (12/07) - Cont.

In re    **Northeast Water & Support, Inc.**                                         Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **TJM Inc., LLC**<br>**2206 Todd Road**<br>**Aliquippa, PA 15001** | **TJM Inc., LLC**<br>**2206 Todd Road**<br>**Aliquippa, PA 15001** | **Trade Debt** | | **34,100.00** |
| **IUOE Local 4**<br>**P.O. Box 680**<br>**Medway, MA 02053** | **IUOE Local 4**<br>**P.O. Box 680**<br>**Medway, MA 02053** | **Trade Debt** | | **31,677.00** |
| **Sea & Shore Contracting Inc.**<br>**11 Randolph Road**<br>**Randolph, MA 02368** | **Sea & Shore Contracting Inc.**<br>**11 Randolph Road**<br>**Randolph, MA 02368** | **Trade Debt** | | **29,724.34** |
| **Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101** | **Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101** | **Unpaid social security and unemployment taxes** | | **29,550.97** |
| **Volvo Construction Equip & Service**<br>**300 Turnpike Road Rte 9**<br>**Southborough, MA 01772** | **Volvo Construction Equip & Service**<br>**300 Turnpike Road Rte 9**<br>**Southborough, MA 01772** | **Trade Debt** | | **23,785.55** |
| **United Rentals**<br>**P.O. Box 100711**<br>**Atlanta, GA 30384** | **United Rentals**<br>**P.O. Box 100711**<br>**Atlanta, GA 30384** | **Trade Debt** | | **22,555.70** |
| **Sterling Lumber Company**<br>**3415 West 127th Street**<br>**Blue Island, IL 60406** | **Sterling Lumber Company**<br>**3415 West 127th Street**<br>**Blue Island, IL 60406** | **Trade Debt** | | **22,100.00** |
| **Baker Corp**<br>**3020 Old Ranch Parkway**<br>**Suite 220**<br>**Seal Beach, CA 90740** | **Baker Corp**<br>**3020 Old Ranch Parkway**<br>**Suite 220**<br>**Seal Beach, CA 90740** | **Trade Debt** | | **21,261.77** |
| **Vynorius Piledriving Inc.**<br>**P.O. Box 5887**<br>**Salisbury, MA 01952** | **Vynorius Piledriving Inc.**<br>**P.O. Box 5887**<br>**Salisbury, MA 01952** | **Trade Debt** | | **18,977.77** |
| **Sourcing Solutions, Inc.**<br>**Suite 110 PMB 118**<br>**14845 SW Murray Scholls**<br>**Beaverton, OR 97007** | **Sourcing Solutions, Inc.**<br>**Suite 110 PMB 118**<br>**14845 SW Murray Scholls**<br>**Beaverton, OR 97007** | **Trade Debt** | | **18,759.40** |
| **Con-Tech Systems Ltd.**<br>**8150 River Road**<br>**Delta BC V4G 1B5** | **Con-Tech Systems Ltd.**<br>**8150 River Road**<br>**Delta BC V4G 1B5** | **Trade Debt** | | **14,409.74** |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **Northeast Water & Support, Inc.**                                    Case No. _____
                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **December 10, 2014**                    Signature   **/s/ Thomas Fleming**
                                                            **Thomas Fleming**
                                                            **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## District of Massachusetts

In re    **Northeast Water & Support, Inc.**                          ,      Case No. _____

                                       Debtor

Chapter _____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 6 | 2,236,732.68 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 718,156.20 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 76,571.27 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 13 | | 1,431,705.96 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J -  Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 27 | | | |
| Total Assets | | | 2,236,732.68 | | |
| Total Liabilities | | | | 2,226,433.43 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
## District of Massachusetts

In re    **Northeast Water & Support, Inc.**                              ,    Case No. _____

                                                           Debtor

                                                                            Chapter_____**11**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **Northeast Water & Support, Inc.** ,    Case No. _____
                                            Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  |  |  |  |  |
|---|---|---|---|---|
|  | | Sub-Total > | **0.00** | (Total of this page) |
|  | | Total > | **0.00** | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re    **Northeast Water & Support, Inc.**    Case No. _____
_____,
Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash on Hand** | - | 0.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Cape Cod 5 business checking** | - | 145,676.00 |
| | | **Cape Cod 5 business checking (subject to attachment)** | - | 20,356.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >    166,032.00
(Total of this page)

__2__  continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6B (Official Form 6B) (12/07) - Cont.

In re  **Northeast Water & Support, Inc.**                                    ,     Case No. _____
                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Receivables (see attached list of receivables)** | - | 1,301,878.35 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >      **1,301,878.35**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Northeast Water & Support, Inc.** ,          Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **See attached Schedule of Fixed Assets** | - | 75,500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Desks, 3 computers, servers, savin copier (see attached Schedule of Fixed Assets)** | - | 8,121.25 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Drilling and related equipment current net liquidation value (see attached Schedule of Fixed Assets)** | - | 685,201.08 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >     768,822.33
(Total of this page)

Total >     2,236,732.68

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

**Northeast Water & Support, Inc**
Document Page 16 of 67
**Aged Receivables**
**As of Nov 30, 2014**

Filter Criteria includes: 1) Includes Drop Shipments. Report order is by ID. Report is printed in Detail Format.

| Customer | Date | Job ID | Invoice/CM # | Invoice Amt | Payments | Amount Due |
|---|---|---|---|---|---|---|
| Bowdoin Construction | 11/30/14 | 111 Elm Street | Nov 2014 - AIA | 121,000.00 | | 121,000.00 |
| **Bowdoin Construction** | | | | | | **121,000.00** |
| | | | | | | |
| Cardi Corperation | 8/31/14 | Pawtuxet | August AIA - 1 | 60,000.00 | 50,057.98 | 9,942.02 |
| | 9/30/14 | Pawtuxet | Sept AIA | 41,980.00 | 10,907.38 | 31,072.62 |
| | 11/30/14 | Pawtuxet | November 2014 | 25,500.00 | | 25,500.00 |
| **Cardi Corperation** | | | | | | **66,514.64** |
| | | | | | | |
| J Derenzo Company | 6/30/12 | A-0120(Longwood | Retainage- Long | 21,655.18 | 8,661.89 | 12,993.29 |
| | 1/30/13 | New Balance Cen | AIA #1 - New Ba | 184,055.40 | 183,229.13 | 826.27 |
| | 6/14/13 | Hong Lok | Hong Lok - 1 of | 28,000.00 | 25,200.00 | 2,800.00 |
| | 8/23/13 | Ink Block | AIA - August 20 | 215,931.00 | 194,337.90 | 21,593.10 |
| | 9/30/13 | Ink Block | Ink Block #2 - S | 124,069.00 | 111,662.10 | 12,406.90 |
| | 10/31/13 | Ink Block | Ink Block AIA 3 | 60,000.00 | 54,000.00 | 6,000.00 |
| | 10/31/13 | Ink Block | Haz Mat - #1 | 9,029.41 | 8,126.47 | 902.94 |
| | 1/30/14 | Ink Block | Ink Block-Jan 20 | 68,412.60 | 48,966.18 | 19,446.42 |
| **J Derenzo Company** | | | | | | **76,968.92** |
| | | | | | | |
| L&M Heavy Civil Construct | 6/30/14 | Downtown Crossi | AIA #2A-June 3 | 69,700.00 | 26,511.62 | 43,188.38 |
| | 7/31/14 | Downtown Crossi | AIA #3 - July | 28,405.92 | | 28,405.92 |
| **L&M Heavy Civil Constru** | | | | | | **71,594.30** |
| | | | | | | |
| Northern Construction Ser | 7/31/12 | A-0121 (Route 2) | 2-Rte 2 Bridge | 20,000.00 | 19,000.00 | 1,000.00 |
| | 8/1/12 | A-0121 (Route 2) | 1-retainage | 250.00 | | 250.00 |
| | 8/31/12 | A-0121 (Route 2) | 3-Rte 2 | 88,600.00 | 84,170.00 | 4,430.00 |
| | 9/28/12 | A-0121 (Route 2) | 4- Rte 2 | 127,200.00 | 121,077.50 | 6,122.50 |
| | 7/31/14 | Route 2 II | July - AIA - 1 | 26,734.00 | 25,397.30 | 1,336.70 |
| | 8/31/14 | Route 2 II | August AIA - #2 | 14,085.00 | 11,401.29 | 2,683.71 |
| | 9/30/14 | Route 2 II | 3-September 20 | 31,070.00 | 2,000.00 | 29,070.00 |
| | 9/30/14 | Route 2 II | Sept-Rock Side | 261,036.31 | | 261,036.31 |
| | 10/31/14 | Route 2 II | October AIA #4 | 25,840.00 | | 25,840.00 |
| **Northern Construction S** | | | | | | **331,769.22** |
| | | | | | | |
| Daniel O'connell's Sons, In | 8/31/14 | Mercy Hospital | AIA #1 | 190,000.00 | 180,500.00 | 9,500.00 |
| **Daniel O'connell's Sons,** | | | | | | **9,500.00** |
| | | | | | | |
| RDA Construction Corp | 1/28/12 | A-0115 Williams | 111 | 25,000.00 | 23,750.00 | 1,250.00 |
| | 2/22/12 | A-0115 Williams | 022212 | 27,750.00 | 26,362.50 | 1,387.50 |
| | 3/13/12 | A-0116 Newport | 2Newport | 14,239.27 | 14,150.00 | 89.27 |
| | 4/12/12 | A-0115 Williams | 3williams | 46,250.00 | | 46,250.00 |
| | 4/23/12 | A-0115 Williams | williamscasing | 58,344.00 | | 58,344.00 |
| | 4/27/12 | A-0116 Newport | 3Newport | 27,175.00 | | 27,175.00 |
| **RDA Construction Corp** | | | | | | **134,495.77** |
| | | | | | | |
| Reed & Reed Inc | 4/30/14 | Sagamore Bridge | AIA #2 - April | 108,870.00 | 105,305.00 | 3,565.00 |
| | 5/15/14 | Sagamore Bridge | AIA #3-May 15- | 93,447.50 | 87,480.00 | 5,967.50 |
| **Reed & Reed Inc** | | | | | | **9,532.50** |
| | | | | | | |
| S&R Construction Enterpri | 12/31/13 | MBTA Wachusett | INTERNAL INV | 25,000.00 | 7,125.00 | 17,875.00 |
| | | MBTA Wachusett | | | | |

**Northeast Water & Support, Inc**
Document  Page 17 of 67
**Aged Receivables**
**As of Nov 30, 2014**

Filter Criteria includes: 1) Includes Drop Shipments. Report order is by ID. Report is printed in Detail Format.

| Customer | Date | Job ID | Invoice/CM # | Invoice Amt | Payments | Amount Due |
|---|---|---|---|---|---|---|
| | 1/31/14 | MBTA Wachusett | AIA #1 - January | 25,500.00 | 24,225.00 | 1,275.00 |
| | | MBTA Wachusett | | | | |
| | 2/28/14 | MBTA Wachusett | AIA #2 - Februar | 35,000.00 | 33,250.00 | 1,750.00 |
| | 5/31/14 | MBTA Wachusett | May AIA | 10,000.00 | 9,500.00 | 500.00 |
| | 6/30/14 | MBTA Wachusett | AIA 4 - June 30 | 42,000.00 | 39,900.00 | 2,100.00 |
| | 7/1/14 | MBTA Wachusett | correction - inter | -17,500.00 | | -17,500.00 |
| | 7/31/14 | MBTA Wachusett | July AIA - 2014 | 75,500.00 | | 75,500.00 |
| | 8/31/14 | MBTA Wachusett | August AIA #6 - | 64,003.00 | | 64,003.00 |
| | | MBTA Wachusett | | | | |
| **S&R Construction Enter** | | | | | | **145,503.00** |
| | | | | | | |
| TLT Construction, Corp | 11/1/14 | A-0112 (Swampsc | Final Settlement | 335,000.00 | | 335,000.00 |
| **TLT Construction, Corp** | | | | | | **335,000.00** |
| | | | | | | **1,301,878.35** |

**Northeast Water & Support, Inc**
**Schedule of Fixed Assets**

**Machinery & Equipment**

**Office Equipment - Various Desks, Computers, etc.  $8,121.25**

| | | FMV | |
|---|---|---|---|
| Electric Ground Cables | 4 $ | 500.00 | $ | 2,000.00 |
| Drum Mixers | 3 $ | 6,000.00 | $ | 18,000.00 |
| Concrete Pipes 10" | 6 $ | 250.00 | $ | 1,500.00 |
| Roller Bit for 9" and 13" | 1 $ | 3,500.00 | $ | 3,500.00 |
| Roller Bits, subsavers and hammers | 1 $ | 5,000.00 | $ | 5,000.00 |
| Henderson Pump | 1 $ | 5,000.00 | $ | 5,000.00 |
| Hydraulic Pump | 1 $ | 3,000.00 | $ | 3,000.00 |
| Set of Auger Bits & Tooling | 1 $ | 12,000.00 | $ | 12,000.00 |
| VHP 400 Air Compressor | 1 $ | 7,000.00 | $ | 7,000.00 |
| OSHA Pressure Valve | 2 $ | 2,000.00 | $ | 4,000.00 |
| Cambrian Grout Plant | 1 $ | 25,212.00 | $ | 25,212.00 |
| Gardern Denver Pump | 1 $ | 8,000.00 | $ | 8,000.00 |
| John Deere Compressor | 1 $ | 8,000.00 | $ | 8,000.00 |
| Welding Machine | 3 $ | 2,000.00 | $ | 6,000.00 |
| Davey Kent Rig DK-50 | 1 $ | 60,000.00 | $ | 60,000.00 |
| Grout Plants | 5 $ | 5,000.00 | $ | 25,000.00 |
| Davey Kent 725 | 1 $ | 125,000.00 | $ | 125,000.00 |
| IMT Hydraulic Crane | 1 $ | 15,000.00 | $ | 15,000.00 |
| Global Drilling Tooling | 1 $ | 48,894.00 | $ | 48,894.00 |
| Motion Industry Compressor | 1 $ | 13,709.74 | $ | 13,709.74 |
| CES -Euro Head | 1 $ | 26,000.00 | $ | 26,000.00 |
| Air Gas Welder | 1 $ | 27,290.16 | $ | 27,290.16 |
| Portable Pump | 1 $ | 1,600.00 | $ | 1,600.00 |
| Groundwater Pumping System | 1 $ | 14,893.71 | $ | 14,893.71 |
| Danbro Digital Control & Accessories | 1 $ | 8,168.13 | $ | 8,168.13 |
| Drill Tooling and Control Arms | 1 $ | 49,795.42 | $ | 49,795.42 |
| Northland Willette Drill Accessories | 1 $ | 24,076.61 | $ | 24,076.61 |
| Schwin Moyon Pump | 1 $ | 8,000.00 | $ | 8,000.00 |
| Inline Water Pump | 1 $ | 6,000.00 | $ | 6,000.00 |
| Grout Plant Drive Motor | 1 $ | 12,000.00 | $ | 12,000.00 |
| Hydraulic Arm Assembly | 1 $ | 3,400.00 | $ | 3,400.00 |
| Drill Tooling | 1 $ | 19,500.00 | $ | 19,500.00 |
| Drill Lower Assembly | 1 $ | 2,500.00 | $ | 2,500.00 |
| Pencil Hydraulic Hammer | 1 $ | 3,000.00 | $ | 3,000.00 |
| Under Jaw Diverter | 1 $ | 4,000.00 | $ | 4,000.00 |
| Gama Pump 725 | 1 $ | 3,000.00 | $ | 3,000.00 |
| Crane Side Assembly | 1 $ | 5,500.00 | $ | 5,500.00 |
| CES - Refurbish DK50 | 1 $ | 17,219.70 | $ | 17,219.70 |
| DIS - Hoses and Couplings | 1 $ | 5,559.69 | $ | 5,559.69 |
| Load Test Frame System | 1 $ | 12,870.00 | $ | 12,870.00 |
| Groundwater - SD8 Hammer | 1 $ | 4,278.64 | $ | 4,278.64 |
| Groundwater - Sub Shock Absorber | 1 $ | 2,774.52 | $ | 2,774.52 |
| Groundwater - Super Jam | 1 $ | 8,688.16 | $ | 8,688.16 |
| Groundwater - Drill Tooling | 1 $ | 6,296.34 | $ | 6,296.34 |
| NEC - Drive Shaft - DK725 | 1 $ | 4,758.05 | $ | 4,758.05 |
| NIR - Hoses and adapter | 1 $ | 4,068.10 | $ | 4,068.10 |
| Richard Dudgeon - Jack - 60 ton | 1 $ | 4,148.11 | $ | 4,148.11 |
| Miscellaneous Parts, etc. | 1 $ | - | $ | - |
| | | $ | 685,201.08 |

**Vehicles**

| VIN | Model | Year | Value |
|---|---|---|---|
| 1GBHK34FXXF078925 | CHEV - GMC 400 | 1999 | $ | 3,000.00 |
| 1FTRF12236NA36075 | FORD-LGTCON PU | 2006 | $ | 2,500.00 |
| 1GCHK49KX9126147 | CHEV SILVER PU | 2009 | $ | 17,000.00 |
| 3GTRKVE32AG295729 | GMC SIERRA PU | 2010 | $ | 23,000.00 |
| 3GTP2WE31BG218459 | GMC SIERRA PU | 2011 | $ | 30,000.00 |
| | | | $ | 75,500.00 |

B6C (Official Form 6C) (4/13)

.

In re    **Northeast Water & Support, Inc.**                                     ,      Case No. _____
                                                                    Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                             $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                      *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
| --- | --- | --- | --- |
| **NONE.** | | | |

___0___  continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re  **Northeast Water & Support, Inc.**                                    ,   Case No. _____
                                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No.<br><br>**Internal Revenue Service**<br>**Special Procedures**<br>**PO Box 9112**<br>**Boston, MA 02203** | - | | | **Unpaid payroll taxes**<br><br>**All asset** | | | | | |
| | | | | Value $         **1,800,000.00** | | | | **388,000.00** | **0.00** |
| Account No.<br><br>**Massachusetts Department of Revenue**<br>**Bankruptcy Unit**<br>**P.O. Box 9564**<br>**Boston, MA 02114** | - | | | **Unpaid payroll taxes**<br><br>**All asset** | | | | | |
| | | | | Value $         **1,800,000.00** | | | | **24,586.00** | **0.00** |
| Account No.<br><br>**Massachusetts Growth Capital Corp.**<br>**c/o Siri F. Boreske, Esq.**<br>**189 Bay State Road**<br>**Boston, MA 02215** | - | | | **2012**<br><br>**UCC-1**<br><br>**All asset lien** | | | | | |
| | | | | Value $         **1,800,000.00** | | | | **170,833.31** | **0.00** |
| Account No.<br><br>**Massachusetts Laborer's Benefit Funds**<br>**14 N.E. Executive Park, Suite 200**<br>**Burlington, MA 01803** | - | | | **2011 GMC Sierra; 1999 Chevrolet GMT** | | | | | |
| | | | | Value $           **29,928.89** | | | | **29,928.89** | **0.00** |
| __1__ continuation sheets attached | | | | Subtotal<br>(Total of this page) | | | | **613,348.20** | **0.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re  **Northeast Water & Support, Inc.**                                    ,    Case No. _____
                                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 900-1150 Cat Compressor | | | | | |
| **Milton Cat** **101 Quarry Drive** **Milford, MA 02360** | - | | | | | | | |
| | | | Value $             **20,000.00** | | | | **20,000.00** | **0.00** |
| Account No. | | | **Auto loan** | | | | | |
| **Rockland Federal Credit Union** **241 Union Street** **Rockland, MA 02370** | - | | **2011 Sierra Crew Cab** | | | | | |
| | | | Value $             **15,000.00** | | | | **10,808.00** | **0.00** |
| Account No. | | | **2012** | | | | | |
| **Team Funding Solutions** **CT Lien Solutions** **PO Box 29071** **Glendale, CA 91209** | - | | **UCC-1** **2005 Davey DK725 and New Holland Skidster with custom crane** | | | | | |
| | | | Value $            **200,000.00** | | | | **74,000.00** | **0.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet  **1**___ of  **1**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this page) | **104,808.00** | **0.00** |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | **718,156.20** | **0.00** |

B6E (Official Form 6E) (4/13)

.

In re    **Northeast Water & Support, Inc.**                                              ,    Case No. _____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    * Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>   1   </u>    continuation sheets attached

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                            Best Case Bankruptcy

B6E (Official Form 6E) (4/13) - Cont.

In re    **Northeast Water & Support, Inc.** _____ ,    Case No. _____
                                         Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | | |
| Account No. | | | | Unpaid uneployment taxes | | | | | | |
| **Commonwealth of Massachusetts Dept. of Unemployment Assistance Legal Dept., 1st Floor, Attn Chief Couns 19 Staniford Street Boston, MA 02114** | - | | | | | | | | 0.00 | |
| | | | | | | | | 47,020.30 | | 47,020.30 |
| Account No. | | | | Unpaid social security and unemployment taxes | | | | | | |
| **Internal Revenue Service PO Box 7346 Philadelphia, PA 19101** | - | | | | | | | | 0.00 | |
| | | | | | | | | 29,550.97 | | 29,550.97 |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Sheet _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | | | | Subtotal (Total of this page) | | | | 76,571.27 | 0.00 | 76,571.27 |
| | | | | Total (Report on Summary of Schedules) | | | | 76,571.27 | 0.00 | 76,571.27 |

B6F (Official Form 6F) (12/07)

In re   **Northeast Water & Support, Inc.**                                        ,   Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt | | | | |
| **Airgas USA, LLC** **6055 Rockside Woods Blvd N** **Independence, OH 44131** | - | | | | | | 7,280.23 |
| Account No. | | | Trade Debt | | | | |
| **Albert Tonry & Co., Inc.** **Crown Colony Office Park** **300 Congress Street** **Quincy, MA 02169** | - | | | | | | 3,259.00 |
| Account No. | | | Trade Debt | | | | |
| **American Calibration and Testing** **49 Pollard Street** **North Billerica, MA 01862** | - | | | | | | 360.00 |
| Account No. | | | Trade Debt | | | | |
| **Baker Corp** **3020 Old Ranch Parkway** **Suite 220** **Seal Beach, CA 90740** | - | | | | | | 21,261.77 |

__12__  continuation sheets attached

|  | Subtotal (Total of this page) | 32,161.00 |
|---|---|---|

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    S/N:37174-141205   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Northeast Water & Support, Inc.**                                    ,          Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Debt | | | | |
| Boudreau & Boudreau, LLP 396 North Street Hyannis, MA 02601 | - | | | | | | | 4,500.00 |
| Account No. | | | | Trade Debt | | | | |
| Bud's Truck & Diesel Service 25 Islandbrook Ave Bridgeport, CT 06606 | - | | | | | | | 1,495.00 |
| Account No. | | | | Trade Debt | | | | |
| Cassagrande USA, Inc. P.O. Box 347884 Pittsburgh, PA 15251 | - | | | | | | | 93,192.55 |
| Account No. | | | | Trade Debt | | | | |
| Cavossa Disposal Corp. 210 Nathan Ellis Highway East Falmouth, MA 02536 | - | | | | | | | 1,690.79 |
| Account No. | | | | Trade Debt | | | | |
| Central Oil 206 Center Street Chicopee, MA 01013 | - | | | | | | | 1,652.06 |

Sheet no. __1__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| | 102,530.40 |

B6F (Official Form 6F) (12/07) - Cont.

In re **Northeast Water & Support, Inc.** ,    Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt | | | | |
| **Chartis** **22427 Network Place** **Chicago, IL 60673** | - | | | | | | 4,610.00 |
| Account No. | | | Trade Debt | | | | |
| **City of Boston** **Parking Violations** **P.O. Box 55800** **Boston, MA 02205** | - | | | | | | 422.40 |
| Account No. | | | Trade Debt | | | | |
| **Colony Hardware Supply Co., Inc.** **15 Stiles Street** **East Haven, CT 06512** | - | | | | | | 8,994.13 |
| Account No. | | | Trade Debt | | | | |
| **Comcast** **Box 1577** **Newark, NJ 07101** | - | | | | | | 203.34 |
| Account No. | | | Trade Debt | | | | |
| **Con-Tech Systems Ltd.** **8150 River Road** **Delta BC V4G 1B5** | - | | | | | | 14,409.74 |

Sheet no. __2___ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

28,639.61

B6F (Official Form 6F) (12/07) - Cont.

In re    **Northeast Water & Support, Inc.**                              ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Drillers' Choice**<br>**1849 Candy Lane**<br>**Suite B**<br>**Marietta, GA 30008** | | - | Trade Debt | | | | 112,424.50 |
| Account No.<br><br>**Earthwork Engineering, Inc.**<br>**175 Ridge Road**<br>**Hollis, NH 03049** | | - | Trade Debt | | | | 1,000.00 |
| Account No.<br><br>**East Coast Express Inc.**<br>**72 Liberty Street**<br>**Plymouth, MA 02360** | | - | Trade Debt | | | | 676.50 |
| Account No.<br><br>**Ed McGuire Management Services**<br>**63 Marshside Drive**<br>**Yarmouth Port, MA 02675** | | - | Trade Debt | | | | 12,770.11 |
| Account No.<br><br>**Fastenal Company**<br>**130 Camelot Drive, Unit 6**<br>**Plymouth, MA 02360** | | - | Trade Debt | | | | 1,249.47 |

Sheet no. __3__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

128,120.58

B6F (Official Form 6F) (12/07) - Cont.

In re   **Northeast Water & Support, Inc.** ,                    Case No. _____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Federal Express**<br>**US Collections Department**<br>**P.O. Box 371461**<br>**Pittsburgh, PA 15250** | - | | **Trade Debt** | | | | 125.50 |
| Account No.<br><br>**FW Webb  Company**<br>**237 Albany Street**<br>**Boston, MA 02118** | - | | **Trade Debt** | | | | 1,063.00 |
| Account No.<br><br>**Geotechnical Consultants, Inc.**<br>**201 Bost Post Road West**<br>**Marlborough, MA 01752** | - | | **Trade Debt** | | | | 73,843.50 |
| Account No.<br><br>**Global Drilling Suppliers, Inc.**<br>**370 Industrial Park Road**<br>**Brookville, PA 15825** | - | | **Trade Debt** | | | | 304,899.46 |
| Account No.<br><br>**H.E. Moore Corp.**<br>**485 East First Street**<br>**South Boston, MA 02127** | - | | **Trade Debt** | | | | 840.00 |

Sheet no. __4__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          380,771.46

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Northeast Water & Support, Inc.** _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt | | | | |
| **Health Services Administrators** **135 Wood Road** **Braintree, MA 02184** | - | | | | | | 4,296.56 |
| Account No. | | | Trade Debt | | | | |
| **Indian Head Transportation** **P.O. Box 506** **Hanson, MA 02341** | - | | | | | | 1,675.00 |
| Account No. | | | Trade Debt | | | | |
| **IUOE Local 4** **P.O. Box 680** **Medway, MA 02053** | - | | | | | | 31,677.00 |
| Account No. | | | Trade Debt | | | | |
| **Lafarge** **82 Flanders Road** **Suite 202** **Westborough, MA 01581** | - | | | | | | 4,107.38 |
| Account No. | | | Trade Debt | | | | |
| **McGrath's Towing & Recovery** **P.O. Box 850265** **Braintree, MA 02185** | - | | | | | | 3,567.00 |

Sheet no. __5__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **45,322.94**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Northeast Water & Support, Inc.**                                    ,     Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| **Milton Cat** **101 Quarry Drive** **Milford, MA 02360** | | - | | | | | | **Unknown** |
| Account No. | | | | Trade Debt | | | | |
| **Napa Auto Parts** **21 Robert J. Way** **Plymouth, MA 02360** | | - | | | | | | **1,221.49** |
| Account No. | | | | Trade Debt | | | | |
| **NE Regional Council of Carpenters** **350 Fordham Road** **Wilmington, MA 01887** | | - | | | | | | **73,296.16** |
| Account No. | | | | Trade Debt | | | | |
| **New England Construction** **22 Fifth Street Rear** **Taunton, MA 02780** | | - | | | | | | **11,027.61** |
| Account No. | | | | Trade Debt | | | | |
| **NH DOT** **P.O. Box 52012** **Newark, NJ 07101** | | - | | | | | | **67.00** |

Sheet no. __6__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**85,612.26**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Northeast Water & Support, Inc.** ,                    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt | | | | |
| **NIR Sales**<br>**P.O. Box 54**<br>**Kingston, MA 02364** | | - | | | | | 9,402.88 |
| Account No. | | | Trade Debt | | | | |
| **Northeast Hydraulics Inc.**<br>**P.O. Box 65**<br>**Eliot, ME 03903** | | - | | | | | 1,142.10 |
| Account No. | | | Trade Debt | | | | |
| **Northland-Willette Inc.**<br>**12 High Street**<br>**P.O. Box 2160**<br>**Plainville, MA 02762** | | - | | | | | 12,275.47 |
| Account No. | | | Trade Debt | | | | |
| **NSTAR**<br>**P.O. Box 660369**<br>**Dallas, TX 75266** | | - | | | | | 236.28 |
| Account No. | | | Trade Debt | | | | |
| **OPS Sales Company**<br>**7227 Devonshire**<br>**Shrewbury, MO 63119** | | - | | | | | 9,900.00 |

Sheet no. __7__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    32,956.73

B6F (Official Form 6F) (12/07) - Cont.

In re  **Northeast Water & Support, Inc.** ,          Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt | | | | |
| **Premier** **1631 East Pontiac Street** **Fort Wayne, IN 46803** | - | | | | | | 10,051.64 |
| Account No. | | | Trade Debt | | | | |
| **Premium Assignment Corporation** **PO Box 8000** **Tallahassee, FL 32314** | - | | | | | | 2,413.78 |
| Account No. | | | Trade Debt | | | | |
| **Rain for Rent** **9 Pioneer Drive** **North Oxford, MA 01537** | - | | | | | | 1,408.25 |
| Account No. | | | Trade Debt | | | | |
| **Raymond Piling Products Inc.** **391 W Water Street** **Taunton, MA 02780** | - | | | | | | 2,714.00 |
| Account No. | | | Trade Debt | | | | |
| **Richard Dudgeon, Inc.** **1565 Railroad Avenue** **Bridgeport, CT 06605** | - | | | | | | 867.34 |

Sheet no. __8__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **17,455.01**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Northeast Water & Support, Inc.** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Debt | | | | |
| Safety Insurance P.O. Box 371312 Pittsburgh, PA 15250 | | - | | | | | | 2,325.00 |
| Account No. | | | | Trade Debt | | | | |
| Safety Services Company P.O. Box 27148 Tempe, AZ 85285 | | - | | | | | | 812.21 |
| Account No. | | | | Trade Debt | | | | |
| SAS Stressteel, Inc. P.o. Box 10936 Fairfield, NJ 07004 | | - | | | | | | 58,997.87 |
| Account No. | | | | Trade Debt | | | | |
| Sea & Shore Contracting Inc. 11 Randolph Road Randolph, MA 02368 | | - | | | | | | 29,724.34 |
| Account No. | | | | Trade Debt | | | | |
| Skyline Steel I 8 Woodhollow Road, Suite 102 Parsippany, NJ 07054 | | - | | | | | | 218,841.71 |

Sheet no. __9__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

310,701.13

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Northeast Water & Support, Inc.**                              ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Sourcing Solutions, Inc.**<br>**Suite 110 PMB 118**<br>**14845 SW Murray Scholls**<br>**Beaverton, OR 97007** | | - | Trade Debt | | | | 18,759.40 |
| Account No.<br><br>**Sterling Lumber Company**<br>**3415 West 127th Street**<br>**Blue Island, IL 60406** | | - | Trade Debt | | | | 22,100.00 |
| Account No.<br><br>**TDM-Trask Decrow Machinery**<br>**52 US Route 1**<br>**Scarborough, ME 04074** | | - | Trade Debt | | | | 600.00 |
| Account No.<br><br>**Ted's of Fayville, Inc.**<br>**5 Park Street**<br>**Southborough, MA 01772** | | - | Trade Debt | | | | 1,320.00 |
| Account No.<br><br>**TJM Inc., LLC**<br>**2206 Todd Road**<br>**Aliquippa, PA 15001** | | - | Trade Debt | | | | 34,100.00 |

Sheet no. __10__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

76,879.40

B6F (Official Form 6F) (12/07) - Cont.

In re **Northeast Water & Support, Inc.** ,                    Case No. _____
                                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt | | | | |
| Town of Plymouth 11 Lincoln Street Plymouth, MA 02360 | - | | | | | | 495.00 |
| Account No. | | | Trade Debt | | | | |
| United Rentals P.O. Box 100711 Atlanta, GA 30384 | - | | | | | | 22,555.70 |
| Account No. | | | Trade Debt | | | | |
| Verizon Wireless P.O. Box 15062 Albany, NY 12212 | - | | | | | | 58.72 |
| Account No. | | | Trade Debt | | | | |
| Volvo Construction Equip & Service 300 Turnpike Road Rte 9 Southborough, MA 01772 | - | | | | | | 23,785.55 |
| Account No. | | | Trade Debt | | | | |
| Vynorius Piledriving Inc. P.O. Box 5887 Salisbury, MA 01952 | - | | | | | | 18,977.77 |

Sheet no. __11__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          65,872.74

B6F (Official Form 6F) (12/07) - Cont.

In re  **Northeast Water & Support, Inc.**                                    ,        Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W J C | | | | | | |
| Account No. | | | | Trade Debt | | | | |
| W.B. Mason P.O. Box 981101 Boston, MA 02298 | - | | | | | | | 199.15 |
| Account No. | | | | Trade Debt | | | | |
| Wayside Rentals & Leasing 58 Pulaski Industrial Park Peabody, MA 01960 | - | | | | | | | 10,337.20 |
| Account No. | | | | Trade Debt | | | | |
| Xtreme Shotcrete 166 Woodside Ave Winthrop, MA 02152 | - | | | | | | | 114,146.35 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

| | | |
| --- | --- | --- |
| Sheet no. __12__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 124,682.70 |
| | Total (Report on Summary of Schedules) | 1,431,705.96 |

B6G (Official Form 6G) (12/07)

.

In re     **Northeast Water & Support, Inc.**                                      ,     Case No. _____
                                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Bowdoin Construction** <br> **Norton, MA** | **Work in progress** |
| **Cardi Corporation** <br> **Pawtuxet Mill, RI** | **Work in progress** |
| **LMH Corp** <br> **Fitchburg, MA** | **Upcoming contract work - May 2015** |
| **MIG Corporation** | **Upcoming contract work** |
| **Northern Construction** | **Work in progress** |
| **S&R Corporation** <br> **Fitchburg, MA** | **Work in progress** |
| **Stephen & Vance Almeida** <br> **Plymouth, MA** | **Commercial lease** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re  **Northeast Water & Support, Inc.** _____ ,  Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Tom and Lisa Fleming**<br>**58 Holly Ridge drive**<br>**Sandwich, MA 02563** | |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

**B6 Declaration (Official Form 6 - Declaration). (12/07)**

# United States Bankruptcy Court
### District of Massachusetts

In re   **Northeast Water & Support, Inc.**
                                                            Case No. _____
                                        Debtor(s)           Chapter    **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____**29**____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **December 10, 2014**                          Signature   **/s/ Thomas Fleming**
                                                                    **Thomas Fleming**
                                                                    **President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## District of Massachusetts

In re    **Northeast Water & Support, Inc.**                                  Case No.
                                                  Debtor(s)        Chapter        **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $1,392,830.52 | **thru 10/2014: Debtor Gross Receipts** |
| $2,085,448.00 | **2013: Debtor Gross Receipts** |
| $3,483,362.00 | **2012: Debtor Gross Receipts** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                          SOURCE

B7 (Official Form 7) (04/13)
2

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Drew Colby, Esq.** **Partridge Snow & Hahn, LLP** **1700 W Park Drive, Suite 200** **Westborough, MA 01581** | **December, 2014** | **$104,000.00** | **$0.00** |
| **United Rentals** **P.O. Box 100711** **Atlanta, GA 30384** | **December 2014 (bank account attachment)** | **$20,563.00** | **$0.00** |
| **See attached list of additional transfer** | | **$0.00** | **$0.00** |

None
☐

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **See attached list of 1 year transfers** | | **$0.00** | **$0.00** |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Con-Tech Systems, LTD v. Northeast Water & Support, Inc. d/b/a Terralogic Drilling Solutions; 1459CV000046** | **Civil** | **Plymouth County District Court** | **Default Judgment** |
| **Richard Dudgeon, Inc. v. Terra Logic Drilling Solution; 14-735** | **Civil** | **Plymouth County Superior Court** | **Pending** |

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Sterling Lumber Company v. Northeast Water & Support, Inc.; 1459CV537** | **Civil** | **Plymouth County District Court** | **Pending** |
| **Cassagrande USA, Inc. v. Northeast Water & Support Drilling, Inc. ; BACV2013-00225** | **Civil** | **Barnstable County Superior Court** | **Pending** |
| **Global Drilling Suppliers, Inc., OCI v. Northeast Water Support, Inc.; 14CV10244** | **Civil** | **U.S. District Court Massachusetts** | **Execution issued** |
| **Baker Corp. v. Northeast Water & Support Inc.; 1360CV000281** | **Civil** | **Wareham District Court** | **Execution issued** |
| **Xtreme Shotcrete, LLC v. Northeast water & Support, Inc.; 14-3076E** | **Civil** | **Suffolk County Superior Court** | **Pending** |
| **Barry C. McAnarney v. Northeast Water & Support, Inc.; 14CV12144** | **Civil** | **U.S. District Court Massachusetts** | **Pending** |
| **New England Carpenters Central Collection Agency v. Northeast Water & Support, Inc.; 14-12048** | **Civil** | **U.S. District Court Massachusetts** | **Settled** |
| **Gina M. Alongi v. Northeast Water & Support, Inc; 13CV11733** | **Civil** | **U.S. District Court Massachusetts** | **Pending** |
| **United Rentals v. Northeast Water & Support; 1425CV500** | **Civil** | **Barnstable District Court** | **Pending** |

None ☐ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Mass DOR** | **11/2014** | **Cape Cod Five Cents bank account** |
| **United Rentals (North America), Inc.** | **10/2014** | **Cape Cod Five bank account** |
| **Baker Corp.** | **11/2014** | **2010 GMC Sierra** |

**5. Repossessions, foreclosures and returns**

None ■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

B7 (Official Form 7) (04/13)
4

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Madoff & Khoury LLP**<br>**124 Washington Street, Suite 202**<br>**Foxborough, MA 02035** | **10/2014** | **$25,000.00 retainer** |

**10. Other transfers**

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)
5

**11. Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

B7 (Official Form 7) (04/13)
6

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

**18 . Nature, location and name of business**

None
■ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |

None
■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
| --- | --- |

B7 (Official Form 7) (04/13)
7

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                                 DATES SERVICES RENDERED
**Lisa Fleming**                                                                    **Principal's wife**

**Edmund McGuire**
**63 Marsh Side Drive**
**P.O. Box 644**
**Yarmouth Port, MA 02675**

None
☐   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                        ADDRESS                               DATES SERVICES RENDERED
**James F. Bogle, CPA, PC**      **244 Willow Street**                    **Annually**
                            **Yarmouth Port, MA 02675**

None
■   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                ADDRESS

None
■   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                            DATE ISSUED

---

**20. Inventories**

None
☐   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY            INVENTORY SUPERVISOR                 DOLLAR AMOUNT OF INVENTORY
                                                                (Specify cost, market or other basis)
**March 2014**                   **Tom Fleming**                          **No values given**

None
☐   b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

DATE OF INVENTORY                                         NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                                                         RECORDS
**March 2014**                                              **Tom Fleming**

B7 (Official Form 7) (04/13)
8

---

**21 . Current Partners, Officers, Directors and Shareholders**

None
■      a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                    NATURE OF INTEREST                    PERCENTAGE OF INTEREST

None
☐      b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
| --- | --- | --- |
| **Tom Fleming**<br>**58 Holly Ridge Drive**<br>**Sandwich, MA 02563** | **President** | **100%** |

---

**22 . Former partners, officers, directors and shareholders**

None
■      a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                              ADDRESS                              DATE OF WITHDRAWAL

None
■      b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                    TITLE                              DATE OF TERMINATION

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■      If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS<br>OF RECIPIENT,<br>RELATIONSHIP TO DEBTOR | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY<br>OR DESCRIPTION AND<br>VALUE OF PROPERTY |
| --- | --- | --- |

---

**24. Tax Consolidation Group.**

None
■      If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                    TAXPAYER IDENTIFICATION NUMBER (EIN)

---

**25. Pension Funds.**

None
■      If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                          TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

B7 (Official Form 7) (04/13)
9

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.


Date  **December 10, 2014**                Signature   **/s/ Thomas Fleming**
                                                       **Thomas Fleming**
                                                       **President**


[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# Northeast Water Support Inc

## General Ledger

## For the Period From Sep 9, 2014 to Dec 9, 2014

Filter Criteria includes: 1) IDs: Multiple IDs. Report order is by ID. Report is printed with shortened

| Date | Jrnl | Trans Description | Credit Amt |
|------|------|-------------------|-----------:|
| 10/15/14 | CDJ | Ameida, Steven & Vance | 4,800.00 |
| 12/5/14 | CDJ | Ameida, Steven & Vance | 6,400.00 |
| 9/9/14 | CDJ | American Equipment & Fabricati | 1,125.00 |
| 9/18/14 | CDJ | Baystate Equipment | 608.07 |
| 9/24/14 | CDJ | Baystate Equipment | 2,125.00 |
| 9/13/14 | CDJ | Bud's Truck & Diesel Service | 824.60 |
| 9/19/14 | CDJ | Burditt, Timothy | 200.00 |
| 9/10/14 | CDJ | Burditt, Timothy | 200.00 |
| 9/26/14 | CDJ | Burditt, Timothy | 200.00 |
| 10/1/14 | CDJ | Burditt, Timothy | 200.00 |
| 10/14/14 | CDJ | Car Quest | 45.65 |
| 10/15/14 | CDJ | Cash | 500.00 |
| 9/11/14 | CDJ | Cash | 200.00 |
| 9/25/14 | CDJ | Cash | 500.00 |
| 9/26/14 | CDJ | Cash | 279.18 |
| 10/15/14 | CDJ | Central Oil | 2,000.00 |
| 10/15/14 | CDJ | Central Oil | 2,265.95 |
| 10/21/14 | CDJ | City of Boston | 54.46 |
| 10/25/14 | CDJ | City of Newton | 25.00 |
| 12/9/14 | CDJ | Cleaves | 137.23 |
| 9/29/14 | CDJ | Coastal Equipment Rentals Inc | 581.25 |
| 10/17/14 | CDJ | Coastal Equipment Rentals Inc | 641.81 |
| 9/29/14 | CDJ | Comcast | 450.00 |
| 11/26/14 | CDJ | Comcast | 449.54 |
| 9/11/14 | CDJ | Construction Equipment Sourcin | 5,927.92 |
| 11/13/14 | CDJ | CVS | 9.90 |
| 9/17/14 | PRJ | DAVID CABAN | 892.72 |
| 9/17/14 | PRJ | DAVID CABAN | 8.71 |
| 9/10/14 | PRJ | DAVID CABAN | 1,035.11 |
| 9/24/14 | PRJ | DAVID CABAN | 894.51 |
| 10/1/14 | PRJ | DAVID CABAN | 737.99 |
| 10/8/14 | PRJ | DAVID CABAN | 713.90 |
| 10/15/14 | PRJ | DAVID CABAN | 713.90 |
| 10/22/14 | PRJ | DAVID CABAN | 456.02 |
| 10/24/14 | PRJ | DAVID CABAN | 713.90 |
| 9/19/14 | CDJ | DeChalus, Parish | 120.00 |
| 9/10/14 | CDJ | DeChalus, Parish | 160.00 |
| 9/26/14 | CDJ | DeChalus, Parish | 200.00 |

**Northeast Water Support, Inc**
**General Ledger**
**For the Period From Sep 9, 2014 to Dec 9, 2014**

Filter Criteria includes: 1) IDs: Multiple IDs. Report order is by ID. Report is printed with shortened

| Date | Jrnl | Trans Description | Credit Amt |
|------|------|-------------------|-----------:|
| 10/1/14 | CDJ | DeChalus, Parish | 200.00 |
| 10/8/14 | CDJ | DeChalus, Parish | 200.00 |
| 10/15/14 | CDJ | DeChalus, Parish | 200.00 |
| 10/24/14 | CDJ | DeChalus, Parish | 120.00 |
| 9/12/14 | CDJ | Delginio, Steven | 845.00 |
| 9/10/14 | PRJ | DEMETRIUS L. TILLMAN | 1,323.95 |
| 9/17/14 | PRJ | DEMETRIUS L. TILLMAN | 1,192.25 |
| 9/17/14 | PRJ | DEMETRIUS L. TILLMAN | 122.08 |
| 9/24/14 | PRJ | DEMETRIUS L. TILLMAN | 1,558.04 |
| 9/24/14 | PRJ | DEMETRIUS L. TILLMAN | 338.20 |
| 10/1/14 | PRJ | DEMETRIUS L. TILLMAN | 1,616.59 |
| 10/8/14 | PRJ | DEMETRIUS L. TILLMAN | 1,499.53 |
| 10/15/14 | PRJ | DEMETRIUS L. TILLMAN | 1,005.18 |
| 10/22/14 | PRJ | DEMETRIUS L. TILLMAN | 597.11 |
| 10/22/14 | PRJ | DEMETRIUS L. TILLMAN | 174.22 |
| 10/29/14 | PRJ | DEMETRIUS L. TILLMAN | 965.85 |
| 11/5/14 | PRJ | DEMETRIUS L. TILLMAN | 965.85 |
| 11/12/14 | PRJ | DEMETRIUS L. TILLMAN | 420.61 |
| 11/19/14 | PRJ | DEMETRIUS L. TILLMAN | 785.07 |
| 11/26/14 | PRJ | DEMETRIUS L. TILLMAN | 1,034.89 |
| 12/3/14 | PRJ | DEMETRIUS L. TILLMAN | 604.31 |
| 9/12/14 | CDJ | Driscoll, Jeffery | 257.05 |
| 10/9/14 | CDJ | Driscoll, Jeffery | 411.71 |
| 10/15/14 | CDJ | Driscoll, Jeffery | 67.42 |
| 12/5/14 | CDJ | Ed McGuire Management Services | 5,770.11 |
| 9/10/14 | PRJ | EDMUND J. MCGUIRE | 793.52 |
| 9/17/14 | PRJ | EDMUND J. MCGUIRE | 793.52 |
| 9/24/14 | PRJ | EDMUND J. MCGUIRE | 793.52 |
| 10/1/14 | PRJ | EDMUND J. MCGUIRE | 793.52 |
| 10/8/14 | PRJ | EDMUND J. MCGUIRE | 793.52 |
| 10/15/14 | PRJ | EDMUND J. MCGUIRE | 793.52 |
| 10/22/14 | PRJ | EDMUND J. MCGUIRE | 793.52 |
| 10/29/14 | PRJ | EDMUND J. MCGUIRE | 793.52 |
| 11/5/14 | PRJ | EDMUND J. MCGUIRE | 793.52 |
| 11/12/14 | PRJ | EDMUND J. MCGUIRE | 793.52 |
| 11/19/14 | PRJ | EDMUND J. MCGUIRE | 793.52 |
| 11/26/14 | PRJ | EDMUND J. MCGUIRE | 793.52 |
| 12/3/14 | PRJ | EDMUND J. MCGUIRE | 793.52 |

**Northeast Water Support, Inc**
**General Ledger**
**For the Period From Sep 9, 2014 to Dec 9, 2014**

Filter Criteria includes: 1) IDs: Multiple IDs. Report order is by ID. Report is printed with shortened

| Date | Jrnl | Trans Description | Credit Amt |
|------|------|-------------------|-----------:|
| 9/13/14 | CDJ | Enterprise Rent a car | 1,681.47 |
| 9/15/14 | CDJ | Fastenal Company | 200.00 |
| 9/9/14 | CDJ | Gas | 86.72 |
| 9/12/14 | CDJ | Gas | 95.98 |
| 9/15/14 | CDJ | Gas | 70.47 |
| 10/14/14 | CDJ | Gas | 71.50 |
| 10/14/14 | CDJ | Gas | 25.84 |
| 10/16/14 | CDJ | Gas | 39.01 |
| 11/20/14 | CDJ | General Supply | 235.88 |
| 10/2/14 | CDJ | General Supply | 138.00 |
| 12/5/14 | CDJ | Geotechnical Consultants, Inc | 10,000.00 |
| 10/15/14 | CDJ | Guard Insurance Co | 1,825.56 |
| 11/26/14 | CDJ | Guard Insurance Co | 1,825.57 |
| 12/5/14 | CDJ | Guard Insurance Co | 1,825.57 |
| 9/9/14 | CDJ | Health Services Administrators | 4,116.56 |
| 10/10/14 | CDJ | Health Services Administrators | 4,116.56 |
| 11/10/14 | CDJ | Health Services Administrators | 4,166.56 |
| 12/9/14 | CDJ | Health Services Administrators | 4,166.56 |
| 11/13/14 | CDJ | Hertz | 871.33 |
| 10/20/14 | CDJ | Hertz | 2,383.65 |
| 9/18/14 | CDJ | Hertz | 2,314.59 |
| 10/3/14 | CDJ | Hess | 30.00 |
| 11/18/14 | CDJ | Hess | 50.00 |
| 12/6/14 | CDJ | Hess | 76.55 |
| 12/9/14 | CDJ | Hess | 54.00 |
| 12/9/14 | CDJ | Home Depot | 584.17 |
| 9/9/14 | CDJ | Hotel.com | 94.94 |
| 9/22/14 | CDJ | Hotel.com | 435.67 |
| 9/29/14 | CDJ | Hotel.com | 435.67 |
| 10/6/14 | CDJ | Hotel.com | 436.87 |
| 10/20/14 | CDJ | Hotel.com | 79.21 |
| 10/23/14 | CDJ | Hotel.com | 68.10 |
| 11/3/14 | CDJ | Hotel.com | 33.84 |
| 9/13/14 | CDJ | Hotel.com | 89.35 |
| 9/15/14 | CDJ | Hotel.com | 216.31 |
| 9/17/14 | CDJ | Hotel.com | 439.92 |
| 10/13/14 | CDJ | Hotel.com | 94.94 |
| 10/14/14 | CDJ | Hotel.com | 246.36 |

Northeast Water Support Inc
General Ledger
**For the Period From Sep 9, 2014 to Dec 9, 2014**

Filter Criteria includes: 1) IDs: Multiple IDs. Report order is by ID. Report is printed with shortened

| Date | Jrnl | Trans Description | Credit Amt |
|------|------|-------------------|-----------:|
| 12/8/14 | CDJ | Igo's Welding | 446.68 |
| 11/29/14 | CDJ | Indian Head Transportation | 6,931.00 |
| 9/11/14 | CDJ | INSCCU | 660.28 |
| 12/5/14 | CDJ | INSCCU | 1,980.84 |
| 9/10/14 | PRJ | Jeffrey Driscoll | 600.74 |
| 9/17/14 | PRJ | Jeffrey Driscoll | 916.40 |
| 9/24/14 | PRJ | Jeffrey Driscoll | 1,301.36 |
| 10/1/14 | PRJ | Jeffrey Driscoll | 1,347.97 |
| 10/8/14 | PRJ | Jeffrey Driscoll | 1,254.59 |
| 10/15/14 | PRJ | Jeffrey Driscoll | 821.69 |
| 10/22/14 | PRJ | Jeffrey Driscoll | 338.44 |
| 11/19/14 | PRJ | Jeffrey Driscoll | 377.21 |
| 10/2/14 | CDJ | Jiffy Lube | 56.58 |
| 10/14/14 | CDJ | Jiffy Lube | 71.97 |
| 11/13/14 | CDJ | Ken Gagnon | 570.19 |
| 9/10/14 | PRJ | KENNETH M. GAGNON | 2,194.67 |
| 9/17/14 | PRJ | KENNETH M. GAGNON | 2,366.36 |
| 9/24/14 | PRJ | KENNETH M. GAGNON | 2,366.36 |
| 10/1/14 | PRJ | KENNETH M. GAGNON | 2,169.63 |
| 10/8/14 | PRJ | KENNETH M. GAGNON | 2,194.67 |
| 10/15/14 | PRJ | KENNETH M. GAGNON | 2,366.36 |
| 10/22/14 | PRJ | KENNETH M. GAGNON | 2,366.36 |
| 10/29/14 | PRJ | KENNETH M. GAGNON | 2,366.36 |
| 11/5/14 | PRJ | KENNETH M. GAGNON | 2,366.36 |
| 11/12/14 | PRJ | KENNETH M. GAGNON | 2,366.36 |
| 11/19/14 | PRJ | KENNETH M. GAGNON | 2,366.36 |
| 11/26/14 | PRJ | KENNETH M. GAGNON | 2,366.36 |
| 12/3/14 | PRJ | KENNETH M. GAGNON | 2,366.36 |
| 12/5/14 | PRJ | KENNETH M. GAGNON | 2,366.36 |
| 9/10/14 | PRJ | KEVIN S. TOERNE | 1,811.44 |
| 10/1/14 | PRJ | KEVIN S. TOERNE | 1,157.75 |
| 10/8/14 | PRJ | KEVIN S. TOERNE | 1,098.72 |
| 10/15/14 | PRJ | KEVIN S. TOERNE | 1,098.72 |
| 10/22/14 | PRJ | KEVIN S. TOERNE | 1,098.72 |
| 10/29/14 | PRJ | KEVIN S. TOERNE | 1,108.56 |
| 11/5/14 | PRJ | KEVIN S. TOERNE | 1,098.72 |
| 11/12/14 | PRJ | KEVIN S. TOERNE | 1,128.25 |
| 11/19/14 | PRJ | KEVIN S. TOERNE | 1,108.56 |

Northeast Water Support Inc
General Ledger
For the Period From Sep 9, 2014 to Dec 9, 2014

Filter Criteria includes: 1) IDs: Multiple IDs. Report order is by ID. Report is printed with shortened

| Date | Jrnl | Trans Description | Credit Amt |
|------|------|-------------------|-----------:|
| 11/26/14 | PRJ | KEVIN S. TOERNE | 1,484.60 |
| 12/3/14 | PRJ | KEVIN S. TOERNE | 860.37 |
| 9/17/14 | CDJ | Kevin Toerne | 250.00 |
| 9/17/14 | CDJ | Kevin Toerne | 420.27 |
| 9/11/14 | CDJ | Kevin Toerne | 250.00 |
| 9/11/14 | CDJ | Kevin Toerne | 262.45 |
| 9/26/14 | CDJ | Kevin Toerne | 310.03 |
| 10/1/14 | CDJ | Kevin Toerne | 250.00 |
| 10/8/14 | CDJ | Kevin Toerne | 384.73 |
| 10/8/14 | CDJ | Kevin Toerne | 250.00 |
| 10/15/14 | CDJ | Kevin Toerne | 250.00 |
| 10/24/14 | CDJ | Kevin Toerne | 150.00 |
| 10/24/14 | CDJ | Kevin Toerne | 490.20 |
| 10/29/14 | CDJ | Kevin Toerne | 200.00 |
| 11/5/14 | CDJ | Kevin Toerne | 500.41 |
| 11/19/14 | CDJ | Kevin Toerne | 253.22 |
| 11/26/14 | CDJ | Kevin Toerne | 250.28 |
| 10/9/14 | CDJ | LeVangia, Michael | 1,690.36 |
| 10/24/14 | CDJ | LeVangia, Michael | 120.00 |
| 11/1/14 | CDJ | Liberty Mutual Insurance | 943.62 |
| 11/1/14 | CDJ | Liberty Mutual Insurance | 6.38 |
| 10/10/14 | PRJ | LISA A. FLEMING | 706.94 |
| 10/10/14 | PRJ | LISA A. FLEMING | 706.94 |
| 10/10/14 | PRJ | LISA A. FLEMING | 586.12 |
| 11/12/14 | PRJ | LISA A. FLEMING | 706.94 |
| 11/19/14 | PRJ | LISA A. FLEMING | 706.94 |
| 11/26/14 | PRJ | LISA A. FLEMING | 706.94 |
| 12/3/14 | PRJ | LISA A. FLEMING | 706.94 |
| 10/10/14 | CDJ | Madoff & Khoury, LLP | 25,000.00 |
| 10/21/14 | CDJ | Mass Department of Transportat | 25.00 |
| 10/27/14 | CDJ | Mass Dept of Revenue | 4,189.28 |
| 9/16/14 | CDJ | Mass Growth Capital Corp | 5,677.97 |
| 10/16/14 | CDJ | Mass Growth Capital Corp | 5,595.78 |
| 10/27/14 | CDJ | Massachusetts Laborer's Benefi | 35.00 |
| 10/27/14 | CDJ | Massachusetts Laborer's Benefi | 3,363.00 |
| 9/11/14 | CDJ | Massachusetts Laborer's Benefi | 7,578.45 |
| 9/11/14 | CDJ | Massachusetts Laborer's Benefi | 500.58 |
| 9/11/14 | CDJ | Massachusetts Laborer's Benefi | 3,363.00 |

**Northeast Water Support Inc**

**General Ledger**

**For the Period From Sep 9, 2014 to Dec 9, 2014**

Filter Criteria includes: 1) IDs: Multiple IDs. Report order is by ID. Report is printed with shortened

| Date | Jrnl | Trans Description | Credit Amt |
|------|------|-------------------|-----------:|
| 9/12/14 | CDJ | Massachusetts Laborer's Benefi | 1,000.00 |
| 10/15/14 | CDJ | Massachusetts Laborer's Benefi | 3,363.00 |
| 9/17/14 | PRJ | MICHAEL K. GAGNON | 228.51 |
| 10/8/14 | PRJ | MICHAEL K. GAGNON | 215.46 |
| 11/12/14 | PRJ | MICHAEL K. GAGNON | 478.25 |
| 9/10/14 | PRJ | MICHAEL K. GAGNON | 232.86 |
| 9/24/14 | PRJ | MICHAEL K. GAGNON | 224.15 |
| 10/1/14 | PRJ | MICHAEL K. GAGNON | 250.27 |
| 10/15/14 | PRJ | MICHAEL K. GAGNON | 254.62 |
| 10/22/14 | PRJ | MICHAEL K. GAGNON | 263.34 |
| 10/29/14 | PRJ | MICHAEL K. GAGNON | 293.80 |
| 11/5/14 | PRJ | MICHAEL K. GAGNON | 276.39 |
| 11/19/14 | PRJ | MICHAEL K. GAGNON | 332.98 |
| 11/26/14 | PRJ | MICHAEL K. GAGNON | 324.27 |
| 12/3/14 | PRJ | MICHAEL K. GAGNON | 363.45 |
| 9/10/14 | PRJ | MICHAEL T. LEVANGIA | 1,308.85 |
| 9/17/14 | PRJ | MICHAEL T. LEVANGIA | 969.38 |
| 9/24/14 | PRJ | MICHAEL T. LEVANGIA | 1,826.11 |
| 9/24/14 | PRJ | MICHAEL T. LEVANGIA | 389.41 |
| 10/1/14 | PRJ | MICHAEL T. LEVANGIA | 1,953.53 |
| 10/8/14 | PRJ | MICHAEL T. LEVANGIA | 1,767.23 |
| 10/15/14 | PRJ | MICHAEL T. LEVANGIA | 1,183.99 |
| 10/22/14 | PRJ | MICHAEL T. LEVANGIA | 928.61 |
| 11/5/14 | PRJ | MICHAEL T. LEVANGIA | 697.17 |
| 11/12/14 | PRJ | MICHAEL T. LEVANGIA | 479.39 |
| 11/19/14 | PRJ | MICHAEL T. LEVANGIA | 1,144.16 |
| 11/26/14 | PRJ | MICHAEL T. LEVANGIA | 1,469.38 |
| 12/3/14 | PRJ | MICHAEL T. LEVANGIA | 914.93 |
| 10/15/14 | CDJ | Milton Cat | 10,560.00 |
| 12/5/14 | CDJ | Milton Cat | 5,610.00 |
| 12/8/14 | CDJ | Motel 6 | 61.59 |
| 10/16/14 | CDJ | National Grid | 400.00 |
| 10/10/14 | CDJ | National Investigations, Inc | 200.00 |
| 12/5/14 | CDJ | NIR Sales | 3,000.00 |
| 10/9/14 | CDJ | Norfolk County Sheriff | 4,700.00 |
| 10/8/14 | CDJ | Nstar | 519.05 |
| 12/5/14 | CDJ | Nstar | 403.68 |
| 9/12/14 | CDJ | Onstar | 29.90 |

**Northeast Water Support Inc**
**General Ledger**
**For the Period From Sep 9, 2014 to Dec 9, 2014**

Filter Criteria includes: 1) IDs: Multiple IDs. Report order is by ID. Report is printed with shortened

| Date | Jrnl | Trans Description | Credit Amt |
|------|------|-------------------|-----------:|
| 10/14/14 | CDJ | Onstar | 29.90 |
| 11/12/14 | CDJ | Onstar | 29.90 |
| 9/10/14 | CDJ | Optima Tax Relief | 1,177.00 |
| 9/17/14 | PRJ | Parish DeChalus | 511.02 |
| 9/17/14 | PRJ | Parish DeChalus | 73.92 |
| 9/10/14 | PRJ | Parish DeChalus | 615.69 |
| 9/24/14 | PRJ | Parish DeChalus | 773.27 |
| 10/1/14 | PRJ | Parish DeChalus | 644.55 |
| 10/8/14 | PRJ | Parish DeChalus | 622.89 |
| 10/15/14 | PRJ | Parish DeChalus | 622.89 |
| 10/22/14 | PRJ | Parish DeChalus | 391.82 |
| 10/15/14 | CDJ | Pastore Excavation | 3,000.00 |
| 11/12/14 | CDJ | Pastore Excavation | 1,000.00 |
| 10/15/14 | CDJ | Philip A Rand | 664.92 |
| 11/5/14 | CDJ | Premium Assignment Corp | 2,413.78 |
| 10/6/14 | CDJ | Premium Assignment Corp | 2,413.78 |
| 12/4/14 | CDJ | Premium Assignment Corp | 2,418.78 |
| 12/5/14 | CDJ | Premium Assignment Corp | 2,298.84 |
| 9/9/14 | CDJ | Protect Cell | 10.99 |
| 10/9/14 | CDJ | Protect Cell | 10.99 |
| 11/5/14 | CDJ | Qwik Pack & Ship | 39.96 |
| 10/14/14 | CDJ | Reed Construction Data | 598.11 |
| 9/13/14 | CDJ | Rhapsody Music | 9.99 |
| 10/14/14 | CDJ | Rhapsody Music | 9.99 |
| 12/8/14 | CDJ | Robert N Karpp Co., Inc. | 2,431.00 |
| 9/26/14 | CDJ | Rockland Federal Credit Union | 1,656.81 |
| 11/13/14 | CDJ | Safety Insurance | 3,497.00 |
| 12/5/14 | CDJ | Safety Insurance | 1,198.24 |
| 12/9/14 | CDJ | Sage 50 Business | 1,129.00 |
| 9/30/14 | GENJ | Service Charge | 398.09 |
| 10/31/14 | GENJ | Service Charge | 214.00 |
| 11/30/14 | GENJ | Service Charge | 198.97 |
| 10/6/14 | CDJ | Sullivan Metals Company | 586.50 |
| 11/5/14 | CDJ | Sullivan Tire Hyannis | 413.48 |
| 10/10/14 | CDJ | Sullivan Tire Hyannis | 309.19 |
| 10/18/14 | CDJ | T & C Leasing | 5,000.00 |
| 9/10/14 | PRJ | THOMAS J. FLEMING | 1,426.23 |
| 9/17/14 | PRJ | THOMAS J. FLEMING | 1,426.23 |

**Northeast Water Support, Inc**
**General Ledger**
**For the Period From Sep 9, 2014 to Dec 9, 2014**

Filter Criteria includes: 1) IDs: Multiple IDs. Report order is by ID. Report is printed with shortened

| Date | Jrnl | Trans Description | Credit Amt |
|------|------|-------------------|-----------:|
| 9/24/14 | PRJ | THOMAS J. FLEMING | 1,426.23 |
| 10/1/14 | PRJ | THOMAS J. FLEMING | 1,426.23 |
| 10/8/14 | PRJ | THOMAS J. FLEMING | 1,426.23 |
| 10/15/14 | PRJ | THOMAS J. FLEMING | 1,426.23 |
| 11/12/14 | PRJ | THOMAS J. FLEMING | 1,426.23 |
| 11/12/14 | PRJ | THOMAS J. FLEMING | 1,426.23 |
| 11/12/14 | PRJ | THOMAS J. FLEMING | 1,426.23 |
| 11/12/14 | PRJ | THOMAS J. FLEMING | 1,426.23 |
| 11/19/14 | PRJ | THOMAS J. FLEMING | 1,426.23 |
| 11/26/14 | PRJ | THOMAS J. FLEMING | 1,426.23 |
| 12/3/14 | PRJ | THOMAS J. FLEMING | 1,426.23 |
| 9/17/14 | CDJ | Tillman, Demetrius | 240.00 |
| 10/24/14 | CDJ | Tillman, Demetrius | 120.00 |
| 10/29/14 | CDJ | Tillman, Demetrius | 200.00 |
| 9/17/14 | PRJ | Timothy J. Burditt | 1,390.07 |
| 9/10/14 | PRJ | Timothy J. Burditt | 1,677.96 |
| 9/24/14 | PRJ | Timothy J. Burditt | 1,305.39 |
| 10/1/14 | PRJ | Timothy J. Burditt | 1,169.23 |
| 9/17/14 | CDJ | Tolman Mfg & Supply | 169.49 |
| 10/14/14 | CDJ | Tomatoes | 40.63 |
| 12/5/14 | CDJ | United States Postal Service | 5.75 |
| 11/25/14 | CDJ | UPS | 26.12 |
| 12/4/14 | CDJ | Verc Plymouth | 40.00 |
| 9/29/14 | CDJ | Verizon Wireless | 320.00 |
| 10/9/14 | CDJ | Verizon Wireless | 28.68 |
| 10/14/14 | CDJ | Verizon Wireless | 693.64 |
| 11/13/14 | CDJ | Verizon Wireless | 275.05 |
| 11/29/14 | CDJ | Verizon Wireless | 275.44 |
| 12/5/14 | CDJ | Village Lawnmower | 1,076.00 |
| 12/6/14 | CDJ | Village Lawnmower | 1,164.20 |
| 12/5/14 | CDJ | Waldo Bros. Company | 3,948.25 |
| 12/9/14 | CDJ | Walmart | 66.88 |

# Northeast Water Support Inc
## General Ledger
### For the Period From Dec 1, 2013 to Nov 30, 2014

Filter Criteria includes: 1) IDs: Multiple IDs. Report order is by ID. Report is printed with shortened

| Date | Jrnl | Trans Description | Credit Amt |
|------|------|-------------------|-----------:|
| 1/1/14 | PRJ | LISA A. FLEMING | 706.94 |
| 1/8/14 | PRJ | LISA A. FLEMING | 706.94 |
| 1/15/14 | PRJ | LISA A. FLEMING | 706.94 |
| 1/22/14 | PRJ | LISA A. FLEMING | 706.94 |
| 1/29/14 | PRJ | LISA A. FLEMING | 706.94 |
| 2/5/14 | PRJ | LISA A. FLEMING | 706.94 |
| 2/12/14 | PRJ | LISA A. FLEMING | 706.94 |
| 2/19/14 | PRJ | LISA A. FLEMING | 706.94 |
| 5/7/14 | PRJ | LISA A. FLEMING | 706.94 |
| 5/14/14 | PRJ | LISA A. FLEMING | 706.94 |
| 6/11/14 | PRJ | LISA A. FLEMING | 706.94 |
| 8/14/14 | PRJ | LISA A. FLEMING | 706.94 |
| 8/14/14 | PRJ | LISA A. FLEMING | 706.94 |
| 8/14/14 | PRJ | LISA A. FLEMING | 706.94 |
| 10/10/14 | PRJ | LISA A. FLEMING | 706.94 |
| 10/10/14 | PRJ | LISA A. FLEMING | 706.94 |
| 10/10/14 | PRJ | LISA A. FLEMING | 586.12 |
| 11/12/14 | PRJ | LISA A. FLEMING | 706.94 |
| 11/19/14 | PRJ | LISA A. FLEMING | 706.94 |
| 6/4/14 | PRJ | LISA A. FLEMING | 573.77 |
| 2/10/14 | CDJ | Lisa Fleming | 722.48 |
| 2/20/14 | CDJ | Lisa Fleming | 3,000.00 |
| 5/9/14 | CDJ | Lisa Fleming | 9,000.00 |
| 6/16/14 | CDJ | Lisa Fleming | 11,000.00 |
| 1/1/14 | PRJ | THOMAS J. FLEMING | 1,426.23 |
| 1/8/14 | PRJ | THOMAS J. FLEMING | 1,426.23 |
| 1/15/14 | PRJ | THOMAS J. FLEMING | 1,426.23 |
| 1/22/14 | PRJ | THOMAS J. FLEMING | 1,426.23 |
| 1/29/14 | PRJ | THOMAS J. FLEMING | 1,426.23 |
| 2/5/14 | PRJ | THOMAS J. FLEMING | 1,426.23 |
| 2/12/14 | PRJ | THOMAS J. FLEMING | 1,426.23 |
| 2/19/14 | PRJ | THOMAS J. FLEMING | 1,426.23 |
| 3/5/14 | PRJ | THOMAS J. FLEMING | 1,426.23 |
| 4/23/14 | PRJ | THOMAS J. FLEMING | 1,426.23 |
| 4/30/14 | PRJ | THOMAS J. FLEMING | 1,426.23 |
| 5/14/14 | PRJ | THOMAS J. FLEMING | 1,426.23 |
| 8/14/14 | PRJ | THOMAS J. FLEMING | 1,426.23 |
| 8/14/14 | PRJ | THOMAS J. FLEMING | 1,426.23 |
| 8/14/14 | PRJ | THOMAS J. FLEMING | 1,426.23 |
| 9/1/14 | PRJ | THOMAS J. FLEMING | 1,426.23 |
| 9/1/14 | PRJ | THOMAS J. FLEMING | 1,426.23 |
| 9/1/14 | PRJ | THOMAS J. FLEMING | 1,426.23 |
| 9/1/14 | PRJ | THOMAS J. FLEMING | 1,426.23 |
| 9/1/14 | PRJ | THOMAS J. FLEMING | 1,426.23 |
| 9/1/14 | PRJ | THOMAS J. FLEMING | 1,426.23 |
| 9/10/14 | PRJ | THOMAS J. FLEMING | 1,426.23 |
| 9/17/14 | PRJ | THOMAS J. FLEMING | 1,426.23 |
| 9/24/14 | PRJ | THOMAS J. FLEMING | 1,426.23 |
| 10/1/14 | PRJ | THOMAS J. FLEMING | 1,426.23 |
| 10/8/14 | PRJ | THOMAS J. FLEMING | 1,426.23 |
| 10/15/14 | PRJ | THOMAS J. FLEMING | 1,426.23 |
| 11/12/14 | PRJ | THOMAS J. FLEMING | 1,426.23 |
| 11/12/14 | PRJ | THOMAS J. FLEMING | 1,426.23 |
| 11/12/14 | PRJ | THOMAS J. FLEMING | 1,426.23 |
| 11/12/14 | PRJ | THOMAS J. FLEMING | 1,426.23 |
| 11/19/14 | PRJ | THOMAS J. FLEMING | 1,426.23 |
| 6/4/14 | PRJ | THOMAS J. FLEMING | 1,426.23 |
| 6/11/14 | PRJ | THOMAS J. FLEMING | 1,426.23 |

# United States Bankruptcy Court

## District of Massachusetts

In re    **Northeast Water & Support, Inc.** _____ ,       Case No. _____
                                              Debtor

                                                        Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **Thomas Fleming<br>58 Holly Ridge Drive<br>Sandwich, MA 02563** | | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___**December 10, 2014**_____       Signature__**/s/ Thomas Fleming**_____
                                                          **Thomas Fleming**
                                                          **President**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

_**0**_____ continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## District of Massachusetts

In re   **Northeast Water & Support, Inc.**
_____ Case No. _____
Debtor(s)      Chapter   **11**   _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:   **December 10, 2014**
_____

**/s/ Thomas Fleming**
_____

**Thomas Fleming**/**President**
Signer/Title

Airgas USA, LLC
6055 Rockside Woods Blvd N
Independence, OH 44131

Albert Tonry & Co., Inc.
Crown Colony Office Park
300 Congress Street
Quincy, MA 02169

American Calibration and Testing
49 Pollard Street
North Billerica, MA 01862

Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue
Washington, DC 20530

Baker Corp
3020 Old Ranch Parkway
Suite 220
Seal Beach, CA 90740

Boudreau & Boudreau, LLP
396 North Street
Hyannis, MA 02601

Bud's Truck & Diesel Service
25 Islandbrook Ave
Bridgeport, CT 06606

Cassagrande USA, Inc.
P.O. Box 347884
Pittsburgh, PA 15251

Cavossa Disposal Corp.
210 Nathan Ellis Highway
East Falmouth, MA 02536

Central Oil
206 Center Street
Chicopee, MA 01013

Chartis
22427 Network Place
Chicago, IL 60673

City of Boston
Parking Violations
P.O. Box 55800
Boston, MA 02205

Colony Hardware Supply Co., Inc.
15 Stiles Street
East Haven, CT 06512

Comcast
Box 1577
Newark, NJ 07101

Commonwealth of Massachusetts
Dept. of Unemployment Assistance
Legal Dept., 1st Floor, Attn Chief Couns
19 Staniford Street
Boston, MA 02114

Con-Tech Systems Ltd.
8150 River Road
Delta BC V4G 1B5

Davagain & Associates
365 Boston Post Road, Suite 200
Sudbury, MA 01776

Drillers' Choice
1849 Candy Lane
Suite B
Marietta, GA 30008

Earthwork Engineering, Inc.
175 Ridge Road
Hollis, NH 03049

East Coast Express Inc.
72 Liberty Street
Plymouth, MA 02360

Ed McGuire Management Services
63 Marshside Drive
Yarmouth Port, MA 02675

Fastenal Company
130 Camelot Drive, Unit 6
Plymouth, MA 02360

Federal Express
US Collections Department
P.O. Box 371461
Pittsburgh, PA 15250

FW Webb  Company
237 Albany Street
Boston, MA 02118

Geotechnical Consultants, Inc.
201 Bost Post Road West
Marlborough, MA 01752

Global Drilling Suppliers, Inc.
370 Industrial Park Road
Brookville, PA 15825

Gregory A. German, Esq.
IUOE Local 4 Benefits
PO Box 680
16 Trotter Drive
Medway, MA 02053

H.E. Moore Corp.
485 East First Street
South Boston, MA 02127

Health Services Administrators
135 Wood Road
Braintree, MA 02184

Indian Head Transportation
P.O. Box 506
Hanson, MA 02341

Internal Revenue Service
Special Procedures
PO Box 9112
Boston, MA 02203

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

Internal Revenue Service
P.O. Box 9112
Boston, MA 02203

IUOE Local 4
P.O. Box 680
Medway, MA 02053

John Postl, P.C.
Ten Winthrop Square
Boston, MA 02110

Lafarge
82 Flanders Road
Suite 202
Westborough, MA 01581

Law office of Adam M. McNamara
143 Essex Street, Suite 204
Haverhill, MA 01832

Massachusetts Department of Revenue
Bankruptcy Unit
P.O. Box 9564
Boston, MA 02114

Massachusetts Growth Capital Corp.
c/o Siri F. Boreske, Esq.
189 Bay State Road
Boston, MA 02215

Massachusetts Growth Capital Corp.
The Schraft Center
529 Main Street, Suite 1M10
Charlestown, MA 02129

Massachusetts Laborer's Benefit Funds
14 N.E. Executive Park, Suite 200
Burlington, MA 01803

McGrath's Towing & Recovery
P.O. Box 850265
Braintree, MA 02185

Milton Cat
101 Quarry Drive
Milford, MA 02360

Napa Auto Parts
21 Robert J. Way
Plymouth, MA 02360

NE Regional Council of Carpenters
350 Fordham Road
Wilmington, MA 01887

New England Construction
22 Fifth Street Rear
Taunton, MA 02780

NH DOT
P.O. Box 52012
Newark, NJ 07101

NIR Sales
P.O. Box 54
Kingston, MA 02364

Northeast Hydraulics Inc.
P.O. Box 65
Eliot, ME 03903

Northland-Willette Inc.
12 High Street
P.O. Box 2160
Plainville, MA 02762

NSTAR
P.O. Box 660369
Dallas, TX 75266

OPS Sales Company
7227 Devonshire
Shrewbury, MO 63119

Premier
1631 East Pontiac Street
Fort Wayne, IN 46803

Premium Assignment Corporation
PO Box 8000
Tallahassee, FL 32314

Rain for Rent
9 Pioneer Drive
North Oxford, MA 01537

Rauch-Milliken International, Inc.
PO Box 8390
Metairie, LA 70011

Raymond Piling Products Inc.
391 W Water Street
Taunton, MA 02780

Richard Dudgeon, Inc.
1565 Railroad Avenue
Bridgeport, CT 06605

Rockland Federal Credit Union
241 Union Street
Rockland, MA 02370

Safety Insurance
P.O. Box 371312
Pittsburgh, PA 15250

Safety Services Company
P.O. Box 27148
Tempe, AZ 85285

SAS Stressteel, Inc.
P.o. Box 10936
Fairfield, NJ 07004

Sea & Shore Contracting Inc.
11 Randolph Road
Randolph, MA 02368

Segal Roitman, LLP
111 Devonshire Street, 5th Floor
Boston, MA 02109

Skyline Steel I
8 Woodhollow Road, Suite 102
Parsippany, NJ 07054

Sourcing Solutions, Inc.
Suite 110 PMB 118
14845 SW Murray Scholls
Beaverton, OR 97007

Sterling Lumber Company
3415 West 127th Street
Blue Island, IL 60406

TDM-Trask Decrow Machinery
52 US Route 1
Scarborough, ME 04074

Team Funding Solutions
CT Lien Solutions
PO Box 29071
Glendale, CA 91209

Team Funding Solutions
5351 Thunder Creek Road
Austin, TX 78759

Ted's of Fayville, Inc.
5 Park Street
Southborough, MA 01772

TJM Inc., LLC
2206 Todd Road
Aliquippa, PA 15001

Tom and Lisa Fleming
58 Holly Ridge drive
Sandwich, MA 02563

Town of Plymouth
11 Lincoln Street
Plymouth, MA 02360

United Rentals
P.O. Box 100711
Atlanta, GA 30384

United States Attorney
United States Courthouse
One Courthouse Way, Suite 9200
Boston, MA 02210

Verizon Wireless
P.O. Box 15062
Albany, NY 12212

Volvo Construction Equip & Service
300 Turnpike Road Rte 9
Southborough, MA 01772

Vynorius Piledriving Inc.
P.O. Box 5887
Salisbury, MA 01952

W.B. Mason
P.O. Box 981101
Boston, MA 02298

Wayside Rentals & Leasing
58 Pulaski Industrial Park
Peabody, MA 01960

Weiner & Lange, P.C.
95 State Street, Suite 918
Springfield, MA 01103

Xtreme Shotcrete
166 Woodside Ave
Winthrop, MA 02152

# United States Bankruptcy Court
## District of Massachusetts

In re   **Northeast Water & Support, Inc.**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Northeast Water & Support, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December 10, 2014**

Date

**/s/ David B. Madoff**

**David B. Madoff 552968**

Signature of Attorney or Litigant

Counsel for   **Northeast Water & Support, Inc.**

**Madoff & Khoury LLP**

**124 Washington Street, Suite 202**
**Foxborough, MA 02035**
**508-543-0040 Fax:508-543-0020**
**alston@mandkllp.com**